No. 276. COLUMBUS & CHICAGO MOTOR FREIGHT, INC. *v.* PUBLIC SERVICE COMMISSION OF INDIANA ET AL.

October 14, 1940. *Per Curiam:* The judgment is affirmed. *Hendrick* v. *Maryland,* 235 U. S. 610; *McDonald* v. *Thompson,* 305 U. S. 263; *H. P. Welch Co.* v. *New Hampshire,* 306 U. S. 79; *Eichholz* v. *Public Service Commission,* 306 U. S. 268. *Mr. Philip Lutz, Jr.* for appellant. *Messrs. Omer Stokes Jackson,* Attorney General of Indiana, and *Urban C. Stover,* Deputy Attorney General, for appellees.

No. 156. HOLMES, STATE AUDITOR, *v.* SPRINGFIELD FIRE & MARINE INSURANCE CO.

October 14, 1940. *Per Curiam:* The judgment is reversed. *Osborn* v. *Ozlin,* 310 U. S. 53. *Messrs. Harrison J. Freebourn,* Attorney General of Montana, *Enor K. Matson,* First Assistant Attorney General, *Lee Metcalf,* Assistant Attorney General, and *Earle N. Genzberger* for appellant.